IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS COWBOYS FOOTBALL CLUB, LTD and NFL PROPERTIES, LLC, | § § § § | Civil Action No. 06-cv-01906 **ECF CASE** |
| Plaintiffs/Counterclaim Defendants, | § § | |
| AMERICA'S TEAM PROPERTIES, INC., | § § | |
| Defendant/Counterclaimant. | § § | |

### DECLARATION OF ROBERT L. RASKOPF

I, ROBERT L. RASKOPF, being duly sworn, declare as follow:

1.      I am a member of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiffs/Counterclaim Defendants Dallas Cowboys Football Club, Ltd. and NFL Properties, LLC.

2.      I am submitting this declaration to provide the Court with certain documents and information that support Plaintiffs/Counterclaim Defendants' Motion to Exclude from Evidence the Reports, Affidavit, and Testimony of Defendant/Counterclaim Plaintiff's "Expert" Witness James T. Berger.

3.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Report of James T. Berger, dated March 25, 2008.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Supplemental Report of James T. Berger, dated  April 11, 2008.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Research Report of James T. Berger, dated April 11, 2008.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of relevant excerpts from the Deposition of James T. Berger, dated April 30, 2008.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Expert Report of Gabriel M. Gelb, dated February 14, 2008.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of relevant excerpts from the Deposition of Gabriel M. Gelb, dated April 8, 2008.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of James T. Berger, "How To Do An IP Survey Without Giving Away The Store," <u>Intellectual Property Today</u>, April, 2008.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of James T. Berger, "The Power and Perils of Internet Surveys," <u>Intellectual Property Today</u>, August, 2007.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of "Why Online?  New Benefits and Possibilities," A Market Tools White Paper, April 26, 2005.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of James T. Berger, "Swimming in Shark-Infested Waters," <u>Intellectual Property Today</u>, June, 2004.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of James T. Berger, "10 Easy Ways To Blow Away A Survey," <u>Intellectual Property Today</u>, January, 2007.

14.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of James T. Berger, "Creativity -Key to Executing Toughest IP Surveys," <u>Intellectual Property Today</u>, July, 2005. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ th day of May, 2008.

Robert L. Raskopf

# Report of James T. Berger

### Re: Dallas Cowboys Football Club, Ltd. and NFL Properties, LLC  v. America's Team Properties, Inc.



**BERGER0001**

Report of James T. Berger                           1                           3/25/2008



# Report of James T. Berger

## Re: Dallas Cowboys Football Club, Ltd. and NFL Properties, LLC  v. America's Team Properties, Inc.

### I.  INTRODUCTION

1.  This declaration focuses on my critique of the "Expert Report of Gabriel M. Gelb." In the course of this declaration, I will offer my opinion as a survey expert on what I believe to be key issues with respect to Mr. Gelb's research effort and report as it relates to the matter in question.

### II.  PERSONAL BACKGROUND

2.  <u>Present Activities</u>. I have been a faculty member at Northwestern University from 1986 through 2005 and a faculty member at Roosevelt University since 2001.  I am also Principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm.  At Northwestern University, I taught courses in Principles of Marketing, Integrated Marketing Communications, Strategic Marketing, and Introduction to Public Relations.  At Roosevelt University's Walter E. Heller College of Business Administration, I currently teach courses in Retail Merchandising and Control, Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice.  I have previously taught marketing related courses at Northwestern University's Kellogg

Graduate School of Management, DePaul University's College of Commerce, The Lake Forest Graduate School of Management, and the University of Illinois at Chicago. I have authored many articles dealing with marketing and other business related issues. A copy of my curriculum vitae, summary of my teaching experience, publications list, billing rate and testimony experience, are attached to this report as **Exhibit A.**

3.   Education. I received my Master's Degree in Business Administration in 1978 from the University of Chicago Graduate School of Business, with concentrations in marketing and finance. I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

4.   Prior Experience. I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Downtown Chicago advertising agency and as Account Supervisor for two major Downtown Chicago public relations agencies. I have had my own marketing communications consulting practice for more than 20 years and have been involved in marketing consulting and survey work for law firms for nearly 10 years.

5.   Market Research/Trademark Experience. I also have extensive market research experience, including quantitative and qualitative survey

Report of James T. Berger                     3           **BERGER0003**        3/25/2008

research, and have done both in-person and telephone interviewing in various industries with respect to brands and trademarks. I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports. I was a presenter at a session in March, 2003, before the Minnesota State Bar Association entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases." My presentation, entitled "Intellectual Property Surveys…Best Practices" has been accredited for continuing education credits by both the Chicago and Milwaukee Bar Associations, where I have presented the program. In addition, I have authored six articles on intellectual property trademark/secondary meaning surveys for *INTELLECTUAL PROPERTY TODAY* Magazine: (1) *"10 Frequently Asked Questions About Intellectual Property Surveys,"* which appeared in the August, 2003, issue and (2) *"Swimming in Shark-Infested Waters,"* which appeared in the June, 2004, issue, and (3) *"Creativity Key to Executing Toughest IP Survey Projects,"* which appeared in July, 2005; (4) *"What IP Attorneys Should Know About Expectations and Costs for Survey Research,"* which appeared in the April, 2006, issue, (5) *"10 Easy Ways to Blow Away A Survey,"* which appeared in the January, 2007, issue, and "6) *"The Power and Perils of Internet Surveys,"* which appeared in the August 2007 issue. I also do extensive freelance writing for magazines and other publications on a

Report of James T. Berger                    4              **BERGER0004**              3/25/2008

variety of business-related topics including marketing, marketing communications and trademarks. In addition, earlier in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago. In this capacity, I did a number of surveys and was responsible for compiling the MUSIC U.S.A. annual statistical survey of the music industry and music participation in the United States.

6.    Trademark Testifying Experience. I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks. I have directed more than 40 surveys dealing with likelihood of confusion, secondary meaning and generic issues. Two of the surveys I directed involved the use of the Internet. One of my articles for *Intellectual Property Today*, "The Power and Peril of Internet Surveys" appeared in the August, 2007, issue. Over the last 10 years I have been retained as an expert in three dozen or more lawsuits. In many of those lawsuits the issue was some form of trademark or trade dress infringement. In addition, I have been retained as an expert in cases involving efforts to prove or disprove secondary meaning. I have also been involved with cases where the issue was generic-ness. In most of those lawsuits I have given deposition testimony.

III.    RETENTION

7.    I was retained in this matter by Winthrop & Weinstine, P.A., counsel for the defendant. I was asked to review and critique the "Expert Report of Gabriel M. Gelb." I also reviewed "Internet Surveys for Trademark

Litigation," by Gabriel M. Gelb and Betsy D. Gelb, which was published in the September-October, 2007, issue of *The Trademark Reporter*. In addition, I reviewed various court documents provided to me by counsel. I am being paid $400 per hour for my time.

## IV.   GENERAL ANALYSIS

8.   In analyzing this matter, I find a number of serious concerns that, in my opinion, have a significant impact on both the findings of the research and the opinions of Mr. Gelb based on the research.   The keys areas in gauging the strengths or weaknesses of a survey are: (1) **Validity** and (2) **Reliability.**   Validity relates to the strength of the survey in its ability to enable the respondents to understand what is being asked.  Reliability is the ability of the survey to produce similar results when replicated in similar research settings.  In my opinion, Mr. Gelb's survey is neither valid nor reliable  These specific concerns focus on:

➢  The survey methodology including the use of gender quotes, inconsistency in age eligibility and possible geographic bias.

➢  The lack of any test for likelihood of confusion and inadequate results to prove "secondary meaning."

➢  The use of a consumer panel made up of people highly motivated to take frequent surveys as opposed to the general population, which is far more averse to taking surveys.

➢  The questioning of people in the Dallas-Fort Worth, TX, area and who are clearly geographically biased.  If the goal was to determine

Report of James T. Berger                    6         **BERGER0006**        3/25/2008

-8-

secondary meaning in the state of Texas, a sample including the entire state would be required.

➢ The use of a control illustration that that fails to relate to the issue at hand. A more appropriate control would be one that was both sufficiently different yet sufficient alike the test stimulus.

➢ The general problems inherent to the use of Internet surveys for cases such as the one in question.

➢ There was no attempt in the screening process to eliminate people who have family members who work for advertising agencies or market research agencies or have family members who are employed by retailers who sell sports-related apparel. Such subjects are normally excluded in telephone and mall intercept surveys because they often bias the results.

## IV.   SPECIFIC AREAS OF CRITICISM.

9.      **Methodology Deficiencies.** In reviewing subsequent documentation provided by Mr. Gelb in the form of produced e-mails, the following information was revealed that was not contained in the report:

A. There was an attempt to have gender quotas. In an exchange of e-mails from Mr. Gelb to Greenfield Project Manager Daniel Shen it appears there is an effort to produce a 70-30 male-female gender split. Whether it helps or hurts the results of the survey such an attempt at a gender split should have been included in the

report because it is part of the methodology and should have been reported.

B.   Greenfield selected participants in only five statistical areas: Miami, Boston, Chicago, Dallas and Seattle, according to an e-mail dated Jan. 11, 2008, from Greenfield's Patrick Kimball to Gelb. This geographic split was not included in Gelb's report and if, in fact, one-fifth of the respondents selected were in the Dallas CMSA, that would greatly bias the results. The report misleadingly implies that Greenfield used a national sample.

C.   In work document (NFLP-COWBOYS 11377) quota parameters were spelled out: United States (Except Dallas) N1200 (Nested Quota – 840 males/360 females) [a 70%-30% split.]. It was also pointed out the survey should be terminated if a person is 15 years old or less. To be a member of the Greenfield panel, one must be 18 years old or over. Apparently 16- and 17-year-olds were eligible as well. This is yet another example of the Gelb Report's failure to accurately reveal methodology.

These three major flaws in methodology reporting potentially bias the survey and impact on both reliability and validity.

10.   <u>A secondary meaning study only and not a likelihood of confusion study.</u> A fundamental shortcoming in the Gelb survey is its failure to prove or disprove likelihood of confusion. The study is

strictly an attempt to determine if "America's Team" is so closely associated with the Dallas Cowboys football team to have achieved secondary meaning. What Mr. Gelb simply did was to show the respondent an image of a cap emblazoned with "America's Team" and to ask a series of questions to determine who the respondent believe produced the cap or what organization came to mind when shown the cap. This is a test for "secondary meaning," but the result of 19 percent in the national sample is woefully inadequate to prove secondary meaning.

The main conclusion in the Gelb report was that 19 percent of the respondents cited "America's Team" as being uniquely associated with the Dallas Cowboys. From that, Mr. Gelb concludes that a state of "secondary meaning" exists for America's Team with respect to the Dallas Cowboys professional football team. The key question becomes: is 19 percent a significant enough percentage in a survey to establish secondary meaning? In *Spraying Systems Company v. Delevan, Inc. (No. 89 C 8447)*, which was decided in the *U.S. District Court for the Northern District of Illinois. Eastern Division*, by U.S. District Judge Milton I. Shadur, on March 22, 1991, the question of secondary meaning was at issue. In that case the plaintiff produced a survey that produced a 38 percent response rate. Judge Shadur pointed out:

> "Though a 38% response rate may be probative for purposes of proving likelihood of confusion, in order to prove secondary meaning a "substantial" portion of buyers must associate the product with one source

Report of James T. Berger                9        **BERGER0009**        3/25/2008

-11-

and generally over 50% is regarded as clearly sufficient, while a 38% figure would have been marginal even in a *properly* designed survey."

The U.S. Court of Appeals, Seventh Circuit (No. 91-1919) in its decision dated Sept. 17, 1992, affirmed the lower court's decision with respect to 50% secondary meaning threshold:

"Finally, the district court noted that the 38-percent response figure (representing those associating the six names with a single company) would be marginal to prove secondary meaning even in a properly designed survey....The district court's point remains valid. While a 50-percent figure is regarded as clearly sufficient to establish secondary meaning, a figure in the thirties can only be considered marginal...."

McCarthy on Trademarks (West Group Rel. #18, 6/2001) discusses the percentages needed to prove secondary meaning in 15:45:

"The Court of Customs and Patent Appeals has stated that adequate proof of secondary meaning means more than proof of a 'relatively small number of people' who associate the symbol with one source. The court said that where a survey had shown that only about 10 percent of actual users associated the name with a single source, that was insufficient. One federal court stated: 'Proof of secondary meaning requires more than proof of the existence of one person or even a relatively small number of people who associate the term with a single source. Another court indicated that survey evidence showing that 25 percent of the interviewees connected plaintiff's mark with a single source was insufficient proof of secondary meaning. Thus, while it is clear that there is no necessity that a *majority* of concerned customers associate the mark with a single source, how much less than a majority which will suffice is not clearly defined in the cases."

What is clear from Mr. Gelb's work was that more than 80 percent of those questioned DID NOT associate America's Team with the Dallas Cowboys. As for the issue of "likelihood of confusion," Mr. Gelb's survey did not properly test this. While there may be a number of different ways to test likelihood of confusion, it must be shown that an alleged infringer has produced a product or

service that is likely to be confused with the  trademarked product or service.  In the case of America's Team, an appropriate method to attempt to prove or disprove likelihood of confusion, would be to try to simulate a shopping experience where the trademarked good is placed within an array of products that include the alleged infringing product as well as other similar products within the specific category.  The survey respondent would be asked a question such as "which if any of these products, if any, do you believe were put out by the same company."  If a sufficient number selected the both the alleged infringing product along with the trademarked product as being put out by the same company, one might assume there was likelihood of confusion.

This failure to prove likelihood of confusion and the inadequate secondary meaning findings attack both the validity and reliability of the survey's findings.

11.    **The use of the Greenfield Online panel.**    Because response rates for Internet surveys are so low, researchers have increasingly turned to the on-line panels to achieve higher response rates. Members of such panels are compensated or motivated to take surveys offered by the consumer panel.  The more surveys they qualify for and can take the greater will be their reward.  Thus, when researchers use such panels they are basically using

"professional survey takers." The essence of a probability survey is that every member of the target market has an equal chance of being selected. Members of panels are different from the general population. They are biased in that they seek to take surveys. There is another factor at work here. Frequent survey takers have an inherent desire to please the survey giver and often seek to provide answers they believe the survey giver seeks. On the other hand members of the general population are far more averse to taking surveys. The pre-selection of respondents by using the Internet panel has the potential to affect the reliability of the survey's results. *In both mall and telephone surveys that I do for my clients, one often excludes anyone who has participated in a consumer survey within the last 90 days in an effort to eliminate the "professional survey taker."* Mr. Gelb's use of the Internet panel undermines the validity and reliability of the findings.

12. **The questioning of people in the Dallas-Fort Worth Area.** Clearly these individuals are not only biased but should been excluded from taking any kind of a national survey on the subject at hand. Remarkably, even in such a biased locale, only 40 percent of the population recognized the Dallas Cowboys as America's Team, and that is well below the 50 percent secondary meaning threshold. Moreover, Dallas-Fort Worth is hardly an

adequate test for the state of Texas   If the purpose of the Dallas-Fort Worth study to prove a legal issue related to the Texas statutes, an adequate survey would include all parts and population areas of Texas developed in a random basis.  A key fact that is omitted from Mr. Gelb's report is how many Dallas/Fort Worth people were included in the "national" survey.  Once again this calls into question both validity and reliability issues of the Gelb survey.

13.      **Inadequate control.**  "The Best" as a control for "America's Team" doesn't seem to be related to one another.  In the "Reference Guide on Survey Research," author Shari Seidman Diamond discusses the use of "controls" in her Section F. entitled *"If the Survey Was designed to Test a Causal Proposition, Did the Survey Incude an Appropriate Control Group of Question?"* Diamond explains why controls are used:

> "If 40% of viewers of the test commercial report that it conveys a deceptive message (e.g. the product has fewer calories than its competitor), that response rate is evaluated against the base background noise level obtained from a control group.  If 40% of the viewers who watched the commercial without the allegedly deceptive message report getting the idea that the product has fewer calories than its competitor, then 40% cannot logically be attributed to the content of the commercial being examined for deception.  If the confusion level in the control group is significantly lower than 40%, then the increased confusion of the respondents in the experimental group can be attributed only to the commercial they viewed"

In the Gelb survey, the cap with "The Best" was designated as the control stimulus.  The fact that only one interviewee attributed "The Best" to the Dallas Cowboys indicates an extremely low "noise level."  Thus the Gelb findings were not reduced due to "noise."

Report of James T. Berger                         13                                           3/25/2008

**BERGER0013**

-15-

As to what constitutes an adequate and unbiased "control" question or stimulus. Diamond writes:

> "In the simplest version of a survey experiment, respondents are assigned randomly to one of two conditions . Respondents assigned to the experimental condition view the alleged deceptive commercials, and respondents assigned to the control conditions either do not view a commercial that does not contain the allegedly deceptive material."

In the survey in question, "America's Team" can be equated to the "alleged deceptive commercial" in Diamond's model and "The Best" would be the control. The critical question is how adequately does "The Best" eliminate "noise" from "America's Team?" Is there sufficient connection to uncover and determine "noise" levels? In my opinion, "America's Team" and "The Best" are so far removed from each other that the control has no value.

Moreover, because the "noise" responses are always deducted from the test results, in my opinion the control selected by Mr. Gelb is, effectively, no control at all. By way of example, a more acceptable control would be **"NATION'S TEAM."**

The control problem attacks the validity of the survey's findings.

14.    **Rationale for Using Internet Survey.**    In Mr. Gelb's article entitled "Internet Surveys for Trademark Litigation," he makes a comparison between telephone, mall intercept and Internet surveys. He explains that the weakness of the telephone survey is the difficulty in reaching people "due in part to the explosive utilization of cell phones, since they are excluded from the

databases of firms that sell telephone lists of available numbers to research organizations for random digit dialing." He also mentions increasing use of voicemail, caller ID and other blocking mechanisms. *I disagree with Mr. Gelb's opinion. In fact, my experience with telephone surveys demonstrates that one can achieve far higher participation rates from telephone surveys when compared with the Internet surveys I attempted using consumer panels.*

Another alternative discussed by Mr. Gelb is the mall intercept survey. This form of survey, which Mr. Gelb chose not to conduct, would have worked nicely in this situation. Respondents can be screened in the same way they were screened in Mr. Gelb's Internet survey so a relevant population could be uncovered. Rather than an electronic image of the sports cap, which was shown in the Internet survey, in the mall intercept study the respondent could be shown the true item of apparel. *In my opinion, the mall intercept survey would have been the best option for the issue at hand. Doing 50-75 surveys in four or five venues would produce sufficient numbers and the professional survey taker could be screened out.* In fact, by limiting panels to five metropolitan areas, Mr. Gelb essentially did an electronic version of a mall intercept study. While he might argue that producing 1,200 completed surveys provides a high

degree of accuracy, in fact the error factor (assuming a 95 percent level of confidence) for a survey of 1,200 is 3 percent while the error factor for a survey of 400 is 5 percent. While Mr. Gelb took advantage of economies of scale in the Internet panel methodology, the relatively large numbers of participants add little to both validity and reliability of the survey. Moreover, the disadvantages inherent in the Internet methodology largely outweigh the small advantage of the larger participant pool.

15.     **Screening bias.** There was no attempt to eliminate respondents who work for or who have families who work for advertising agencies or market research firms. More importantly, there was no attempt to screen out people who work for retailers who sell sports-related apparel. **All my telephone and mall intercept surveys have protocols that screen out people who have potential biases such as these. I also screen out people who have participated in a survey within the last 90 days, to screen out the frequent survey taker bias.**

The failure to screen out participants with characteristics different from the general population introduces potential bias because these segments have atypical knowledge of the survey research process and the retail environment for sports-related products.

## V.     FINAL SUMMARY

16.     In summary, it is my opinion that the research effort directed by

Mr. Gelb has major validity and reliability weaknesses:

A. Methodology with unreported gender quotas, geographic selection and age discrepancies.

B. The research does not provide a test for likelihood of confusion, and the findings are inadequate to prove secondary meaning.

C. The use of a consumer panel such as Greenfield Online has an inherent bias because it rewards the "professional survey taker" and the market segment is inherently different from the general population.

D. The questioning of people in the Dallas-Fort Worth area provides nothing but a regional bias. Despite this bias, only 40 percent of those questioned recognized the Dallas Cowboys as "America's Team," and even this failed to achieve the 50 percent threshold for secondary meaning.

E. The use of "The Best" as a control effectively equated to no control.

F. Mr. Gelb's Internet survey, in my opinion, was not an effective way to test his hypothesis. A mall intercept survey would have been a far better alternative.

G. There is a high potential for bias by the inability of the survey to screen out people who work for or have people in their households who who work for advertising agencies, market research firms or retailers who sell sports-related apparel.

In conclusion, it is my opinion that the significant weaknesses of this survey — from both validity and reliability perspectives — lead me to believe the survey and its results did not effectively prove or disprove the existence of secondary meaning with respect to the Dallas Cowboys and "America's Team." Furthermore, the issue of likelihood of confusion was not tested in this research effort.

*James T. Berger*
James T. Berger

*MARch 25, 2008*

## EXHIBIT A

CURRICULUM VITAE

# James T. Berger

*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Free-Lance Writer; University Instructor*

1604 Chicago Avenue - Suite 4, Evanston, IL 60201
847-328-9633  Fax 847-328-9638
jberger@jamesberger.net   WEB:www.jamesberger.net

## EDUCATION

MBA    University of Chicago, Graduate School of Business, concentrations in marketing and
finance.

MS    Northwestern University, Medill School of Journalism, concentration in news/editorial
sequence.

BA    University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Northbrook and Evanston, IL (1983 to present) Principal of this
marketing services/consulting firm, which specializes in:
- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations,
sales promotion, direct mail.
- Project management including building and directing creative and production teams to
execute marketing plans and specific tasks.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the
implementation. The firm concentrates on business-to-business marketing with specific focus on
financial services, accounting and consulting services, commercial real estate, eldercare, office
technology, manufacturing and distribution. Concurrent with the management of Market Strategies, I
became involved with::

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior
Vice President, I was involved in the full array of Investor Relations activities including account
management; working with the financial press including magazines, newsletter and wire services;
direct contacts with analysts and brokers; and writing of financial news releases, quarterly and
annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an
Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports,
quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President — Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President — Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President — Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

## ARTICLES PUBLISHED

Intellectual property litigation-related articles:
— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today*.
— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today*.
— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005

issue of *Intellectual Property Today*.
— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today*.
— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today*.

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today*, published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.

## Business-related articles in published in:

- *Active Times*
- *Business Life*
- *Office Dealer*
- *Office System*
- *Chicago Sun-Times*
- *Dow Jones Business Employment Weekly*
- *Texas Realtor*
- *Multifamily Executive*
- *Office and Industrial Properties*
- *Real Estate Profiles*
- *Kiwanis Magazine*
- *The Rotarian*
- *Executive Decision*
- *Home Business Journal*
- *Business Sense*
- *Real Estate Chicago*
- *American Fitness*
- *Area Development*
- *Real Estate Chicago*
- *Grid*
- *Plants, Sites & Parks*
- *Journal of Property Management*
- *Commercial Investment Real Estate*
- *Crain's Chicago Business*
- *Tax Credit Advisor*

Work Product – Confidential – Attorney's Eyes Only

## TEACHING EXPERIENCE

NORTHWESTERN UNIVERSITY
Kellogg Graduate School of Management
- Business Marketing – A graduate level course focusing on industrial and business-to-business marketing principles and cases.

School of Continuing Studies
- Principles of Marketing – An introductory survey course that covers basic principles including market research.
- Strategic Marketing: Cases in Decision-Making – A more advanced, case-method course.
- Business-to-Business Marketing – A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations – An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications – A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

## ROOSEVELT UNIVERSITY

Walter E. Heller College of Business Administration
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing in Theory and Practice – A graduate level course that covers basic principles of marketing and market research.
- Selling and Sales Management – An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior – An undergraduate course that explored the how's and why's of consumer purchasing.
- Introduction to Advertising – An undergraduate course focusing on advertising, sales promotion and integrated marketing communications.
- International Marketing Analysis – A graduate level course that probes how foreign companies market in the United States and how domestic companies market abroad.

UNIVERSITY OF ILLINOIS AT CHICAGO
- Advertising and Sales Promotion – An undergraduate course that introduces students to the basic principles of advertising.
- New Product Management – An undergraduate course focusing on the new product development and marketing process.

DE PAUL UNIVERSITY
College of Commerce – Graduate Level
- Marketing Strategy – A case-oriented course focusing on decision-making.
- Industrial Marketing – A course utilizing cases and text that concentrates on industrial and business-to-business marketing.

College of Commerce – Undergraduate Level
- Principles of Marketing – A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management – A second-tier course that uses cases to illustrate basic marketing principles.
- Introduction to Advertising – A course for marketing majors that introduces students to basic advertising.

Work Product – Confidential – Attorney's Eyes Only

- Industrial Marketing – A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling – A course for marketing majors that concentrates on consultative selling.

## LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
- Marketing Management – An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

## MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

## MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

## LITIGATION EXPERIENCE

I have testified in court in the following cases: (side who retained me in **BOLD**)

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

I have been deposed in the following cases: (side who retained me in **BOLD**)

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park**, October 12, 1996.

**Black & Decker (U.S.) Inc., Black & Decker Inc., and The Black & Decker Corporation** v. Pro-Tech Power Inc., P&F Brother Industrial Corporation and Nu-Way Machinery Corporation, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co.** v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies**, February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002.

**Mansfield Plumbing Products L.L.C.** v. Mariner Partners, Inc., et al., March 4, 2003.

Work Product – Confidential – Attorney's Eyes Only

Horizon Health Services, Inc. v. **Allied National, Inc. et al**, October 25, 2004.

S&M Nutec, L.L.C. v. **T.F.H. Publications, Inc.**, January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.**, March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.**, March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, Trend Lighting, Corp and Hampton Bay Fan & Lighting Company**, July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.**, Oct. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al**, November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC**, June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast**, Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al**, March 15, 2007

University of Kansas et al v. **Larry Sinks et al**, May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc.** on January 11, 2008.

Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008.

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on March 13, 2008.

## BILLING RATE (FOR EXPERT WITNESS SERVICES)

$400 per hour ($450 for time spent preparing for and participating in testimony)

Report of James T. Berger          24          **BERGER0024**          3/25/2008

Work Product – Confidential – Attorney's Eyes Only

# SUPPLEMENT A

*A Compilation of Published Articles*
*Written by James T. Berger*

**1998**

| | | |
|---|---|---|
| Fall | Active Times | Wanted: Mature Workers Who Need Minimal Training, Many Positions Available |
| Sept-Oct | National Bus Employment Weekly | What's an M.B.A. worth? |
| Sept-Oct | National Bus Employment Weekly | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |

**1999**

| | | |
|---|---|---|
| January | Business Life | Business is Booming in Executive Temp Industry |
| 38744 | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| 38823 | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| 17-Dec | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| 1999 | Commercial Lending Report | Entire Year |

**2000**

| | | |
|---|---|---|
| 7-Jan | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |
| 12-Jan | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| 14-Jan | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| 16-Jan | Chgo Sun Times Homelife | Banking On Your Home |
| 21-Jan | Chgo Sun Times Homelife | Not All Mortgages Require Buyer to Make a Down Payment |
| 22-Jan | Active Times | Do Banks Protect Your Privacy |

Work Product -- Confidential -- Attorney's Eyes Only

| | | |
|---|---|---|
| 28-Jan | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| 11-Feb | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| 18-Feb | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| 25-Feb | Chgo Sun Times Homelife | Go For Brokers |
| Feb-29 | Chgo Sun Times Business | Leap Day has It's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| 3-Mar | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| 17-Mar | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| 24-Mar | Chgo Sun Times Homelife | Closing On A Home Often Troublesome |
| 31-Mar | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| 10 - Oct | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| 29 - Oct | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| 29 - Oct | Chgo Sun Times Homelife | Home offices, pools not worth it |
| 3 - Nov | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| 17 - Nov | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| 24 - Nov | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| 1 - Dec | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| 3 - Dec | Chgo Sun Times Homelife | Land contract may fail without canceled checks |

### 2001

| | | |
|---|---|---|
| January 12 | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
| 19-Jan | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| 16-Feb | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| 6-Apr | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |
| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| Nov-Dec | Commercial Real Estate | Virtual Money |
| Nov-Dec | Real Estate Chicago | Abbott Leases Big |

### 2002

| | | |
|---|---|---|
| February | Area Development | Property Protection Comes of Age |
| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |
| March | Real Estate Chicago | City Park in Home Stretch |

**BERGER0026**

3/25/2008

-28-

Work Product – Confidential – Attorney's Eyes Only

| April | Real Estate Chicago | Recovery Ahead? |
| | | Trusts a Must for the Moneyed; |
| April | Crain's Chicago Business | Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| July-Aug | Journal of Property Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

**2003**
| 2003/2004 | PS&P | |
| August | Wiglaf Journal | Getting Lost on the World Wide Web |
| | | 10 Frequently Asked Questions about Intellectual Property |
| August | Intellectual Property Today | Litigation Surveys |

**2004**
| May | Plants Sites & Parks | Milwaukee on the Grow |
| June | Intellectual Property Today | Swimming in Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| | | U.S. Economic Recovery Spurs Industrial Park Growth in |
| November | Plants Sites & Parks | Mexico |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

**2005**
| | | On The Job with "The Apprentice" |
| January/February | Executive Decision | Why Chicago is Bill Rancic's Kind of Town |
| | | The Decline and Fall of the AT&T empire — Marketing Myopia |
| March | The Wiglaf Journal | Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |
| August | The Wiglaf Journal | What's In a Name? |

**2006**
| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
| | | A Matter of Survival: |
| January/February | Executive Decision | CEOs need to commit to Lifelong Learning |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| | | What IP Attorneys Should Know Expect & Costs for Survey |
| April | Intellectual Property Today | Research |
| | | All The Right Moves |
| May/June | Executive Decision | Strategies and Tactics for Corporate Relocations |
| | | A New Life for ABLs. Strong Economy and Lots of Available |
| July/ August | Executive Decision | Cash Fuel Asset-Based Lending Boom |
| | | Integrated Marketing Environment Putting New Pressure on |
| September | The Wiglaf Journal | Sales Management, |
| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

Work Product – Confidential – Attorney's Eyes Only

| | | |
|---|---|---|
| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |
| | WebsiteRevamp.org | Lost on The Web |
| | | Multifamily Realtors See Benefits |
| January | WebsiteRevamp.org | of Branding in Driving Internet Sales |
| | | Bridgeport Historic Rehabilitation Project Helping to Transform |
| January | Tax Credit Advisor | Downtown |
| | | Cover Story: |
| January/February | MultiFamily Pro | AMLI'S Secret Formula – All the Ingredients for Sophistication |
| | | Spotlights: |
| | MultiFamily Pro | Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
| | | Management – Taking Full Advantage – Technology Provides |
| | MultiFamily Pro | a Competitive Edge |
| | MultiFamily Pro | Marketing – Brand Loyalty – AMLI Markets Through its Brand |
| | | Training – Pursuit of Excellence – Training Helps AMLI Reach |
| | MultiFamily Pro | Goals |
| | MultiFamily Pro | On Site – Know the Facts – AMLI Serves through Information |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| | | Different Actions, Tactics can Foster Quicker, Effective Lease- |
| March | Tax Credit Advisor | Up of New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| March/April | Executive Decision | The Challenge Of Building A Global Workplace Community |
| | | Cover Story: |
| | | Place Properties Is The Place – Welcome to the World of |
| March/April | MultiFamily Pro | Student-Friendly College Housing |
| | | Spotlights: |
| | | Executive – Nightmare Interupus – Phillips Filled a Student |
| | MultiFamily Pro | Housing Need |
| | | Management – An Engaged Audience – Ratchford Attracts |
| | MultiFamily Pro | Generation Y with Technology |
| | | Marketing – Hitting the Target – Nix and Dunton Market to |
| | MultiFamily Pro | Distinct Groups |
| | | Training – Gaining an Edge – Wolff Directs the Management |
| | MultiFamily Pro | Team |
| | | On-Site – Two-Sided Approach – Place Focuses Both On and |
| | MultiFamily Pro | Off Campus |
| | | Reducing Tenant "Churn" Essential for Successful Tax Credit |
| April | Tax Credit Advisor | Properties |
| | | Industry Participants Suggest Ways to Trim Construction |
| May | Tax Credit Advisor | Operating Costs |
| | | A New Way to Segment B-T-B Markets — Put Your |
| May | The Wiglaf Journal | Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| | | The Difficulty of Developing Profitable and Unique Sales |
| June | The Wiglaf Journal | Promotions |
| | | Market Studies Remain Key for Determining Feasibility of |
| June | Tax Credit Advisor | Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| | | Is the Private Life for You? |
| July/August | Executive Decision | More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |
| | | Affordable Rental Housing Development Is Becoming |
| August | Tax Credit Advisor | Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| | | Oregon Family Development Incorporates Variety of 'Green' |
| August | Tax Credit Advisor | Features |
| | | Robust Population, Job Growth Favor Development in |
| | | Phoenix Area, But Condo Overhang, New Production Are |
| October | Tax Credit Advisor | Issues |
| November | Tax Credit Advisor | Baltimore Area Marked By High Demand for Additional |

Report of James T. Berger

28

**BERGER0028**

3/25/2008